# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW DWYER, )
            Plaintiff   )   No. C-07-2309 MEJ
  v. )
) **NOTICE OF IMPENDING**
) **REASSIGNMENT TO**
) **UNITED STATES**
) **DISTRICT COURT JUDGE**
DYNETECH CORP et al., )
            Defendants  )
)

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: July 24, 2007

                             _____/S/_____
                             Maria-Elena James
                          United States Magistrate Judge

                             _____/S/_____
                          By: Brenda Tolbert, Deputy Clerk