DAVID A. LOWE (SBN: 178811)
JOHN T. MULLAN (SBN: 221149)
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: dal@rezlaw.com
Email: jtm@rezlaw.com

Attorneys for Plaintiff,
MATTHEW DWYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DWYER, | Case No. C 07-02309-JSW |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL** |
| DYNETECH CORP., DYNETECH SERVICES CORP., TELLEGENIX CORPORATION (formerly known as LIFE SKILLS CORPORATION), | AND ORDER THEREON |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), and by stipulation of counsel for all parties who have appeared in the action, Plaintiff-Appellant Matthew Dwyer hereby dismisses the above-captioned action with prejudice as to all claims and causes of action, each party to bear its own fees and costs. The parties request that the court retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

///

///

///

1
JOINT STIPULATION OF DISMISSAL
CASE NO. C 07-02309-JSW

**IT IS SO STIPULATED:**

Dated: March 2, 2009                                    Dated: March 2, 2009

*/S/ Thomas K. Hockel*                                  */S/ David A. Lowe*

Thomas K. Hockel, Esq.                                  David A. Lowe
KELLY, HOCKEL & KLEIN, P.C.                             Patrice L. Goldman
44 Montgomery St., Suite 2500                           RUDY EXELROD, ZIEFF & LOWE, LLP
San Francisco, CA 94104                                 351 California Street, Suite 700
Telephone: (415) 951-0535                               San Francisco, California 94104
                                                        Telephone: (415) 434-9800

Attorneys for Defendants-Appellees                      Attorneys for Plaintiff-Appellant MATTHEW
DYNETECH CORP., DYNETECH                                DWYER
SERVICES CORP., TELLEGENIX
CORPORATION (FORMERLY
KNOWN AS LIFE SKILLS
CORPORATION),

The Court does not have a copy of the Settlement and, therefore, has no basis to evaluate whether or for how long it should retain jurisdiction over the parties. Accordingly, the request to retain jurisdiction over the parties is DENIED WITHOUT PREJUDICE to a showing that the Court should do so.

March 2, 2009

*/s/ Jeffrey S. White*